FILED

1  Name: Ariel Portley

2  Address: 3595 Santa Fe Ave Spc.149 Long Beach CA, 90810

2018 AUG 15  PM 4: 07

3  Phone number: 1(562)326-3815

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

4  Plaintiff in Pro Per

BY:

5

6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10  ARIEL CAMILLE PORTLEY,          Case No.: 2:18-cv-03393-GW- (RAOx)

11          Plaintiff,

12          Vs.                     **PLANTIFF'S AMENDED COMPLAINT**

13                                  **TO DENY DEFENSE'S MOTION TO**

14                                  **DISMISS; MEMORANDUM OF**

15  AQUA FINANCE, INC.              **POINTS AND AUTHORITIES IN**

16      Defendant.                  **SUPPORT THEREOF**

17

18

19                    **DEMAND FOR JURY TRIAL Yes [x] No [ ]**

20  COMPLAINT:

21

22  END COMPLAINT

23

24  AUGUST 14, 2018

25

26                                              BY: ARIEL PORTLEY

27                                                 Plaintiff Pro Per

28

1

**COMPLAINT**

# I. JURSIDICTION

1. This court has jurisdiction under 28 U.S.C §1331. Federal question jurisdiction arises pursuant to (15 U.S.C1681, et,seq)

# II. VENUE

2. Venue is proper pursuant to 28 U.S.C §1391 because the events giving rise to this complaint happened in this district.

# III. Parties

3. PLANTIFF ARIEL PORTLEY resides at 3595 Santa Fe Ave Spc.149 Long Beach, CA, 90810.

DEFENDANT AQUA FINANCE Represented by BLANK ROME LLP Attorney NADIA D. ADAMS 2029 Century Park East, 6th Floor Los Angeles, CA, 90067

# IV. Statement of Facts

4. **OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ariel Camille Portley respectfully submits its motion to appearing pro se, submits this opposition to the pending Motion for Summary Judgment, on file herein, to demonstrate to the Court that there is a genuine issue of material fact in this case that precludes the entry of a judgment as a matter of law.

This opposition is based upon and supported by the following Memorandum of Points and Authorities, the pleadings and papers on file, the affidavits and exhibits attached hereto, and any argument that the Court may allow at the time of hearing

Dated: AUGUST 14 2018 at 11:00.

Respectfully submitted by Plaintiff: Ariel Camille Portley

2

**COMPLAINT**

5. The defendant claims that Plaintiff does not allege that a single fact indicating that Aqua Finance furnished any information to any credit reporting agency, let alone information that Aqua Finance knew or had reason to know was inaccurate. The Plaintiff has an excellent credit report and in good standing with all of her finical creditors. Plaintiff takes pride in her established credit and Credit rating report. The Plaintiff has an excellent relationship with creditors and paying her bills in full.

6. Aqua Finance is a company that makes a profit from low incoming housing residents by charging daily interest, high APR rates and loans to consumers, which said loans that cannot realistically be paid in the time given time frame of a 5-year period. The price is doubles over there years and almost make it impossible for consumers to pay off the loan due to the way the interest rate fluctuates with the payments that are made towards the loan.

7. Aqua Finance sales representatives are eager to receive commissions for their time for water demonstrations to make a sales purchase by any means necessary.

8. In March of 2016 the Plaintiff bought a new home and was contacted by Aqua Finance to solicit a demonstration of their water filtering services. A representative by the name of Justin McCarley was called out to complete the water filter demonstration on June 09, 2016. Plaintiff was pleased with the demonstration but conveyed to the representative that she was not interested in the services at the time due not wanting any additional financial obligations.

**COMPLAINT**

9.  The Plaintiff then explained to the representative that he could show the demonstration to her mother Sharon Skinner as she recently recovered from breast cancer and would possibly be interested in the alkaline water system.

10. On June 20, 2016 Aqua Finance representative came over to complete a secondary water filtering presentation as suggested by the Plaintiff. During the visit only the Plaintiff's mother Sharon Skinner was present. The Plaintiff was at work during this time. The Plaintiffs mother Sharon Skinner was interested in the product and filled out an application with her information. Once Aqua Finance representative Justin reviewed the application he stated that Sharon skinner might not qualify due to the lack of her income.

11. The Plaintiff mother then called the Plaintiff and they spoke and agreed to be a potential co-signer, contingent upon her mother's official denial. Plaintiff also spoke with Aqua Finance representative over the phone, which stated that her mother possibly would not qualify due to the amount of her income. The representative then asked the Plaintiff if she did not mind being a co-signer.

12. The Plaintiff stated over the phone to the Aqua Finance representative that she again was not interested in taking on more financial obligations but would agree to be a co-singer only if her mother could not qualify for the service by herself.

13. The Aqua Finance representative agreed and stated that he would check with his manager to seek for the approval of the application with the

4

**COMPLAINT**

Plaintiffs Mother first. The Aqua Finance representative then requested for the Plaintiff's information over the phone stating that he needed Plaintiff's information any ways due to being the registered owner of the home.

14. The Plaintiff then instructed the representative to notify her of the status of the application once he spoke with his manger to seek the approval for Sharon Skinner's application. Later on that week plaintiff received a text message from Mr. McCarley whom sated that he was contacting the plaintiff to notify when the installation was going to take place.

15. On June 28, 2016 the Plaintiff was stationed at work and received a call from her mother whom stated that the there were representative present from Aqua Finance to install the water filtering system. The Plaintiff then stated to her mother that she guess they granted approval for her mother after all since she was did not receive a denial letter.

16. Plaintiff was under the impression that her mother did not need a co-signer and met the qualifications on her own since Mr. McCarley was able to have the equipment installed without having Plaintiff's signature on the application for the information he collected over the phone.

17. The Plaintiff's mother then stated to the plaintiff that she requested the copies of the contract from Aqua Finance representative Justin McCarley and that he stated he would send her the whole packet.

18. Once all of the watering system was installed Justin McCarley contacted the plaintiff and stated that he would bring the contract over. Once Mr. McCarly arrived he then stated that he need Plaintiff to fill out a contract in person as she was not present to sign the first contract and his boss told him that he needed to get the Plaintiff's signature. Plaintiff was then given a copy of the contract on June 30 2016.

19. Once the Plaintiff reviewed the forms and contract from Aqua finance she noticed that he do not mother name nor information was nowhere on the account or forms. Plaintiff called the customer service department on July 9,2016 and requested asked to speak with a manager and was transferred to Customer Service Manager Brad to notify him of the inaccurate information on the account and application. The Plaintiff gave Brad the company manger a choice to settle the dispute by canceling the water system and was told that that was no longer an option and to file a police against the clients mother since she was the one to originally fill out the application. which made no sense a she filled out an application to apply for the loan her self. The sales representative collected the Plaintiffs information over the and phone and wrote it on a contract with out a signature, bud did so under false pretenses by alleging it was needed due to being the owner of the home that the water services would be rendered.

20. Plaintiff was not happy with the rude and unhelpful service she received from service manager Brad, so she called customer service again in hopes to get a her problems solved and spoke to a service representative named Diana.

**COMPLAINT**

21. The Plaintiff explained the situation to Diana on July 27, 2016 and also explained that she did not want the watering system in her name and how it was suppose to be in her mothers name, but she was willing to be a co-signer.  Due to the fact of how Aqua Finance failed to send any denial information. Plaintiff also explained how was she supposes to pay the bill if she did not receive one with the information on it. Aqua Finance failed to send any information of a due date and payment amount and wanted to charge Plaintiff for a late. Once Plaintiff presented this information to Diana she completely disregarded the Plaintiff's concerns and advised her to file a police report on the Plaintiff's mother, which made no sense when the Plaintiff's mother had applied for the service in the beginning and never received an answer regarding her service.

22. Diana advised the Plaintiff that it was too late to get rid of the service because it was already installed. The Plaintiff then stated she did still not sign the contract prior to the installation. Diana then stated that there is a three-day grace period to cancel the service after the contract is signed but once the equipment was installed in the home that there was nothing they could do. Plaintiff then stated that she did not receive an invoice of what the cost, interest rates as well as due date would be. Diana then advised her that the bill would be due in the 22nd of each month and that the cost was $105.00 with an annual percent rate (APR) rate of 4.5 percent. The Plaintiff then questioned why the APR was so high when her credit score is almost in the 800 ranges. Diana then said it was not possible to change the APR rate and called for Brad to be on the call.

**COMPLAINT**

23. Plaintiff then asked was there any way to cancel the service was told by Diana and Brad that a cancellation was not an option and to file a police report against her mother. Plaintiff then advised them if they did not want to remedy the situation and take the product back that she would be forced to take the company to small claims courts. Plaintiff was then told by brad that since plaintiff was threating to take the company to small claims that they could no longer assist or talk to her and ended the call.

24. Plaintiff then immediately sent a text message to Mr. McCarly and inquired why was her mother's information was missing from the contract. McCarly then stated that Plaintiff's mother did not qualify for the service and which is why he decided to use Plaintiff's information to proceed with the installation. Plaintiff then requested for the original copies of the contract that her mother signed contract and asked why wasn't she listed a co-signer on the loan with her mother and received no response.

25. Plaintiff then called Mr. McCarly and received no answer. Plaintiff then realized that Mr. McCarly was so eager to make a sell of the water equipment to gain a commission for the sale he provided her with fraud information that he knew would benefit him to complete the sale. Mr.McCarly knew the Plaintiff's mother would not qualify for the water system by herself so he used a manipulative way to gain the Plaintiff's information to get the water system and then after the installation and gaining her signature on the contract he tells her tell hers that her mother didn't qualify and she is now the sole owner of the water system and stops responding.

8

**COMPLAINT**

26. Plaintiff continued to make payments on the service, as she did not want the loan to default on her credit. Plaintiff called Aqua Finance and additional time to add her mother as an authorize personal to make payments on the account. The plaintiff then stated this account was suppose to be her mother, therefore now she had to add her mother on the account as an approved caller. Plaintiff then decided to take Aqua Finance to small Claims court and have them served with an SC-100. Aqua Finance attorney Naida Adams then w removed the case from small claims and brought it to the Federal District Court.

27. On August 6, 2016 Plaintiff signed an Authorization to release form to authorize Plaintiffs mother to have access to the account.

28. The defense claims that plaintiff signed a certificate of completion attesting to the installation of the water treatment system on June 10, 2016. This statement is false as the plaintiff was not present at the home this day and contract they have provided and installation was not completed until June 28,2016 which was the true t true date of the installation. The dates indicated by Aqua Finance are forged prefilled dates that were typed in from aqua finance to appear that they were in their regulation of allowing the Plaintiff the proper three business days to opt out of the service, which they did not. Therefore a portion of the contract was falsified with the incorrect date along with statement from defense counsel stating in the summary of lawsuit dated April 13,2018 that the Plaintiff signed on June 10,2018. Aqua Finance is unclear of the actual due date because of their intent to cover of an installation with an unsigned contract during the time of installation.

**COMPLAINT**

# V. CLAIMS

# CLAIM 1: Fraud

**29. Definition:** Fraud involves any act of (or Omission) that conceals the breach of a legal duty or material fact. This act must cause injury to the plaintiff or give the defendant an unjust or unconscionable advantage. Fraud a civil or criminal action based on the defendant's knowingly giving a false stamen that an innocent party relied upon for his or her disadvantage.

**30. The Plaintiff/consumer will show the following the preponderance of evidence and the elements:**

*Coley V. North Carolina National Bank, 41 N.C App. 121, 254 S.E 2d 217 (1979)*

*Patuexent Development Co. V. Bearden, 227 N.C 124,128,41 S.E.2d 85 (1947)*

1. The Defendant made a representation of a material fact or concealed a fact

2. That representation was false

3. That the defendant knew the representation was false

4. That the defendant made the representation with the intent that the plaintiff would rely on it.

5. The Plaintiff's reliance on the representation was reasonable under the circumstances.

6. That the plaintiff suffered injury from her reliance on the representation.

10

**COMPLAINT**

31.**Who:**  The Defendant Aqua Finance –representation Justin McCarley **What:** The Defendant made a representation of a material fact that the plaintiffs Mother would be on the loan with the Plaintiff as a co-singer and concealed the fact he new she was never on the loan due to her not qualifying nor did he intend to add her to the loan due to the lack of her income. The defendant also concealed the fact that the plaintiff was the sole owner of the water filtering system and not the co-signer. That the defendant made the representation with the intent that the plaintiff would rely on it due to the fact that she only agreed to give her information if her mother was on the loan with her and plaintiff would only act as a co-signer and not the sole owner of the water filtering system.

32.The Plaintiff's reliance on the representation was reasonable under the circumstances. Due to the fact that although the Plaintiff was not interested in the services she still offered to a co-singer in order for her mother to retain the services. That the plaintiff suffered injury from her reliance on the representation of monetary loss, an increase of debt, and a high interest rate. **When:** During the initial sale of the water filtering system June 28,2016 **Where:** At the Plaintiffs residence 3595 Santa Fe Ave Spc.149 Long Beach CA, 90810.

33.**Why:** Aqua Finance sales representative was so eager to make a commission on a sale he processed the application with out a signature from the plaintiff until after the water filtering system had been installed. The salesman was also afraid to get in trouble by his boss for processing an order with out the plaintiff's signature using only her information a decided to backdate the application.

11

**COMPLAINT**

# **Claim 2 Negligent Misrepresentations**

*Board of Ed. V A, A and S, Inc, 546 N.E 2d 580 (1989)*

34. Elements of Negligent Misrepresentation

1.  The defendant, in the course of business or profession, makes a false

statement.

2.  Believing the statement is true

**Who:**  The Defendant Aqua Finance –representation Justin McCarley

**What:** Representation Justin McCarley made a false statement

That he needed the plaintiff to file out an application due to her being the owner of

the house, when he only need the information to add the plaintiff to the loan as a

co-signer due to only receiving a signed copy of the application from the Plaintiffs

mother and an unsigned application submitted with the Plaintiffs information.

**How:** after the installation occurred Sale representative McCarly knew was told he

need the plaintiff to file out a new contract and sign it, however this information

was not conveyed or the plaintiff until after the fact.


35.**Why:** The Plaintiff had reason to believe and rely on the fact that her

mother was on the loan due to not receiving any notification of a denial letter or

actual notification that her mother was not able to be on the loan.  The statement

was false and made in reckless disregard of the truth.

Plaintiff relied on the information based on the salesman years of experience and

sales of the product as well as believing he acted in good faith when selling the

product. The plaintiff has suffered monetary loss of 5,240 a high interest of rate of

12

Annual Percentage Rate 13.99% plus and additional periodic daily interest rate of 0.03833%.

36.as well as a monetary loss for the Plaintiff time of work to conduct, research and time to respond to the varies motions filed. Gas the plaintiff has to buy when commuting from Long beach to Los Angles to appear at court date, legal assistances at the pro se clinic, parking, printing, copying and law library book rental fees and court expenses. As well as time the Plaintiff have loss monetary mean from work to addend to this matter due to the defenses actions.

## Claim 3: Violation of the FCRA
## Aqua Finance is violation of the following statues:

36.Preemption under the Fair Credit Reporting Act

The Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et seq., is

"comprehensive statutory scheme designed to regulate the consumer reporting industry."

Ross v. F.D.I.C., 625 F.3d 808, 812 (4th Cir. 2010). The

FCRA creates a duty for furnishers

Of credit information to provide accurate information, including a duty to correct

Inaccuracies and to investigate disputed information upon notice from a credit reporting

Agency.

Violation1: 15 U.S.C.A. § 1681s-2.

15 U.S.C §1681t(b)(1)(f). See § 6.11,10.74, infra

**COMPLAINT**

# **Claim 4**

15 U.S.C§1681S-2(a)(1)(A).

37.Aqua Finance denies that they are a Furnisher, however based on the guild lines in the FCRA, Anyone who Furnishes consumer information to a consumer reporting agency is a "furnisher "of information under FCRA. No special attribute is required and, in fact terms furnisher and furnishing are not defined by the act.

38.Aqua Finance Furnished the Plaintiffs credit information to a credit agency and to Conexus Credit Union for approval for a loan for a water filtering system, Therefore, they are a "Furnisher".

39.The Furnisher  (Aqua Finance) must not furnish information it knows or has reasonable cause to believe is inaccurate. The California version of the FCRA has a similar standard of prohibiting a furnisher from providing information if it "knows or should know the information is incomplete or inaccurate, and is privately enforceable. The FCRA defines the phrase " reasonable cause to believe" as " having specific knowledge, other than solely allegations by the consumer that would cause a reasonable person to have substantial doubts about the accuracy of the information.

40.Aqua Finance is in violation of 15 U.S.C §1681S-2(a)(1)(A). This standard was added too the FCRA by the FACTA amends of 2013. Pub. L.No.108-159, &312(b)(2003). The prior version of the FCRA prohibited a furnisher from reporting to CRAs information that it "knew" or consciously avoid(ed) knowing was inaccurate FCRA 6.4.2.2.Which Aqua Finance knew the information was incorrect based on the Plaintiff called their customer service department to report

14

**COMPLAINT**

the incident and expressed her previous conservation with the sales representative as well as the text messages she had to support her conversation with the sales representative. .

## Claim 5

### 15 U.S.C §1681s-2(a)(3)

41.The Fair Credit Reporting Act creates a duty for a furnisher, which is Aqua Finance of credit information to notify any credit reporting agency that the furnisher is reporting to that the information is disputed. 15 U.S.C.A. § 1681s-2. . Aqua Finance consciously knew the information on the account was inaccurate and failed to do anything but blame the plaintiff and her mother.

## Claim 6

### 15 U.S.C§1681s-2(a)(2)

42.Furnishers which in this case is Aqua Finance had a general duty to correct and update information, as discussed *(§ 6.5.1 infra,)* 15 U.S.C§1681s-2(a)(2). In addition, the FCRA establishes a right for consumer to dispute information directly with the furnisher, as addressed in *(§ 6.5.2 infra,)* which is what the plaintiff did when she called and spoke to their customer service department. And spoke with department manger Brad and service representative Diana. Therefore, due to Aqua Finance lack of due diligence with this mater they are in violation of

43.15 U.S.C§1681s-2(a)(2). As with most of the FCRA's furnisher duties, there is no private remedy for a breach of these requirements, as they are among those for which enforcement is left exclusory to government officials.

**COMPLAINT**

## Claim 7

15 U.S.C§1681s-2(a)(8)

44.The fair and Accurate Credit transition Act of 2003 (FACTA) established the right of consumers to directly in the consumer repot information with the furnisher of the information. Prior to FACTA, the, FAVTA had no provision allowing a consumer to dispute an inaccurate item of information and request a reinvestigation directly with the furnisher. Rather than the consumer dispute the item with the CRA, which, as now was then required to notify the furnisher as a part of the consumer dispute process under section 1681i/1681s-2(b). A consumer complaint about the accuracy of information send to the complaint address would likely also trigger the direct dispute mechanism, which subsequently added by FACTA. Thus, the furnisher would be required to reinvestigate the accuracy of disputed information under that standard.

In this case Aqua Finance the furnisher fail to investigate the Plaintiffs claims all together.

## Claim 8

15 U.S.C§1681s-2(a)(2)

45.If a furnisher determines that information it has provided to a consumer reporting agency is inaccurate or incomplete the furnisher must promptly inform the CRA of determination and provide corrected information. This duty applies to furnishers that "regularly and in the ordinary course of business" furnish information on at least one consumer. This condition is typically inconsequential since entities that furnish information to CRAs do so on a regular and ongoing

16

**COMPLAINT**

basis. The Plaintiff and defendant do don't have an ongoing relationship therefore this statues applies.

## Claim 9

15 U.S.C§1681s-2(a)(B)(i),1681s-(a)(1)(B)(ii)

46.The second prohibition proscribes the furnishing of information where the consumer has notified the furnisher that the information is inaccurate and where the information is, in fact, inaccurate.

## Claim 10

12 CER§1022.43(a)(1):16 C.F.R§66.004(a)(1)(FTC)

47.Regulation v requires furnishers to conduct an investigation of direct disputes only in certain circumstances; However, this list should nevertheless cover most meritorious comsumer disputes as the claims the plantiff has brought forthto the court. The list includes circumstances where the dispute relates to: The consumer liability for a credit amount or other debt with the furnisher, such as; Direct disputes relating to whether there is or has been identify theft or fraud against the consumer; or whether the consumer is an authorized user of a credit account.

17

**COMPLAINT**

## Claim 11

### 15 U.S.C§ 1681a(k)(1)(B)(iv)

48. Often in a consumer credit transition, more thank one-consumer signs a credit application. The FCRA requires notice of adverse action in connection with transition initiated by any consumer. In other transaction, the staff summary states the position that a co-signer or guarantor is entitles to notice where action is adverse to the guarantor's interest. In either context, a co-applicant is applicant, and therefore clearly entitled to novice. Which Aqua finance failed to do? Additionally, has been held that a user takes an adverse action where it requires the consumer to obtain a co-singer to obtain for credit obligations. Example of adverse action forms is attached in the exhibits for defendant's reference of failed attempt to notify.

## Claim 12

### 15 U.S.C§ 1681m(h)(5)(E)(ii)

49. Creditors must include the risk based pricing notice the actual credit score that is used in the credit decision. If a credit score was used in deciding the material terms of the credit or to increase the APR after an account review. Which neither the plaintiff nor the Plaintiff mother reviewed any information of the sort. Plaintiff did inquire about lowering APR rate prancing due to having a good credit score and was told by Aqua Finance representative that it was not an option.

## Request for relief:

Where for the Plaintiff request:

50. Compnsatory damages including general and special damages, according to proof.

18

**COMPLAINT**

51. Any father relief which the court may deem appropriate

52. Option 1: Aqua Finance can remove the service from my home and refund me all monies including interest that was collected from the first day the service was initiated. Bringing the account to a 0.00 balance paid in full and not affecting my credit score in a negative way.

53. Option 2: Aqua Finance can remove the service from my home and pay off the remaining balance leaving it at $0.00 paid in full while not affecting my credit score in a negative way.

54. Option 3: Plaintiff will amend complaint and move forward with the process requesting for a trial by jury. This option will be more costly and time consuming for everyone.

## **Demand for Jury trail**

54. Plaintiff herby requests a jury trail on all issues raised in this complaint.

Date: August 15,2018

By: Ariel Camille Portley

Plaintiff In Pro Per

**COMPLAINT**

WINDWARD VILLAGE
3595 Santa Fe Avenue, Long Beach, CA 90810
Visitor List

6-30-16
2016

| Date | Time | Sp # | Visitor's Name | License No. | Make of Auto | Comments | Guard |
|---|---|---|---|---|---|---|---|
| 6/30 | 1140 | 173 | Monique Mendoza | 64BB088 | Nissan | CL | Ce |
| 6/30 | 1142 | 179 | Elaine Fernandez | 7ADA802 | Kia | CL | Ce |
| 6/30 | 1247 | 82 | Anita Johnson | 3GSU710 | Chev | CR | Ce |
| 6/30 | 1148 | 80 | Carol Thompson | 4MHD244 | Saab | CR | Ce |
| 6/30 | 1353 | 229 | Carolina Santillan | 7ERC611 | Toyota | CR | C |
| 6/30 | 1357 | 50 | Kevin Long | 8MC534 | Toyota | CL | CL |
| 6/30 | 1317 | 74 | Richard Gutierrez | 4537 481 | Chev | CL | Ce |
| 6/30 | 1320 | 98 | Nicey de Leon | 4YKR935 | Honda | CL | Cy |
| 6/30 | 1333 | 52 | Richard Roberson | 8CF801 | Nissan | CL | Ce |
| 6/30 | 1337 | 76 | Cerisse Solos | 7SOY287 | Nissan | CL | Ce |
| 6/30 | 1338 | 69 | Yvonne Duarte | 6JWK348 | Mazda | CL | Ce |
| 6/3 | 1339 | 94 | Sekun Deang | 44PM664 | Honda | CL | Ce |
| 6/30 | 1140 | 87 | Anthony Fontaine | 6JYR303 | Toyota | Verbal | |
| 6/30 | 1141 | 5 | Ray Juan Perez | 8N28872 | Toyota | Verbal | C |
| 6/30 | 1437 | 173 | David Mendoza | 6TM284 | Honda | C | C |
| 6/30 | 1437 | 229 | Antonie Gonzalez | 6KF5773 | Honda | CL | Ce |
| 6/30 | 1440 | 268 | Derrel Bergner | 5DTE894 | Chevy | CL | Cy |
| 6/30 | 1500 | 13 | David Rosales | 6UTX948 | Lexus | CL | Ce |
| 6/30 | 1541 | 202 | Volande Sweeney | 7C02256 | Hyundai | CL | Ce |
| 6/30 | 1500 | 79 | Richard Neely | 8M2B718 | Chrysler | CL | Ce |
| 6/30 | 1588 | 86 | Crystol Aboye | 5EYK6ev | Volvo | CR | Ce |
| 6/20 | 1542 | 114 | Derrel Tomkins | 7PL2917 | Kia | RC | |
| 6/30 | 1544 | 49 | Justin Frank Aguilar PM | 6B36096 | Lexus | CR | Ce |
| 6/30 | 1546 | 69 | Yvonne Duarte | 6JWK348 | Mazda | CL | Ce |

PHONE LOG OUT

THURSDAY

# Windward Village

DATE: 6-30-16
PAGE: 1

| Date | Time | Space # | Name | Phone | Reason for Calling |
|---|---|---|---|---|---|
| /30 | 0638 | 103 | Darci | 392-9006 | Adrien Hernandez or gone |
| /30 | 0640 | 211 | Agllono | 595-9719 | Jose Garcia or gone |
| /30 | 0802 | 98 | Ramirez | 3664765 | Estel Baragan or gone |
| /30 | 0834 | 15 | conni John | 7438340 | Erich Castro or gone |
| /30 | 0850 | 303 | Hilton | 321-8098 | Junia Brewster or gone |
| /30 | 0907 | 6 | Arendo | 9892068 | Thompson Building or gone |
| /30 | 1020 | 250 | Jefferson | 756-6178 | Vicky Colloway or gone |
| /30 | 1022 | 266 | Torres | 290-8258 | Johnathon esquivas or gone |
| /30 | 1025 | 198 | Celloway | 276-5866 | Bridget Perry or gone |
| /30 | 105 | 286 | Mary | 341-4586 | Chester cable or gone |
| /30 | 1038 | 247 | Torres | 2609312 | Jeremy Provensher or gone |
| /30 | 1054 | 244 | Curley | 427-3218 | Jim Frates or gone |
| /30 | 1120 | 23 | Co | 346-0585 | Performance Roofing or gone |
| /30 | 1123 | 80 | Brown | 406-279 | Phylis Gathree or gone |
| /30 | 1128 | 229 | Esporros | 479-6478 | Jesus esquivas or gone |
| /30 | 1156 | 209 | Washington | 989-5719 | Olanza Washington or gone |
| /30 | 1212 | 260 | Parofer | 7701616 | Kathryn Fontane or gone |
| /30 | 1227 | 244 | Curley | 427-3218 | Jerry Flint or gone |
| /30 | 1227 | 219 | Turner | 453-7354 | Ray mon river or gone |
| /30 | 1245 | 282 | Sweezy | 4262183 | Anita Johnson or gone |
| /30 | 1247 | 180 | Barnes | 427-7126 | Lana Thompson or gone |
| /30 | 1253 | 229 | esquivas | 479-6478 | Cortina Santillan or gone |
| /30 | 1340 | 245 | Arsenault | 427-3912 | Office Depot Delivery or gone |
| /30 | 1355 | 180 | Barnes | 447-7126 | All Seasons transport |
| /30 | 1538 | 86 | Johnson | 3657166 | Crystal Abaya or gone |
| /30 | 1544 | 149 | Skinner | 346-8095 | Justin from Aqua pro |
| /30 | 1628 | 50 | Sotello | 7547330 | Andrew muner or gone |
| /30 | 1632 | 135 | Cynthia | 415-7617 | Alden Crawford or gone |

WINDWARD VILLAGE
3595 Santa Fe Avenue, Long Beach, CA 90810
Visitor List

Wesday
2816
2016

| Date | Time | Sp # | Visitor's Name | License No. | Make of Auto | Comments | Guard |
|------|------|------|----------------|-------------|--------------|----------|-------|
| 6/8 | 10:01 | 98 | PJ Calloway | 7CHC707 | mercedes | CR | Ce |
| 6/8 | 11:40 | 80 | Chris Villeneuve | 6LRW389 | Honda | GL | Ce |
| 6/8 | 11:5 | 24 | Trolley Abernuth | ANW696 | Toyota | CR | Ce |
| 6/8 | 11:7 | 98 | Tanya Leon | 4RYRY17 | Dodge | GL | Ce |
| 6/8 | 11:20 | 98 | Sabria Pinkney | 4JOH333 | Dodge | CR | G |
| 6/8 | 12:5 | 73 | Luie maldonado | 16H4F1 | Ford | CR | G |
| 6/8 | 11:4 | 62 | Adriene Duver | 7CBM634 | Toyota | GL | Ce |
| 6/8 | 11:34 |  | Brandon Pinkard | Walk | in | CR | Ce |
| 6/8 | 11:5 | 50 | Carol may | 3FIB184 | Lexus | RC | Cy |
| 6/8 | 12:00 | 57 | esmerelda | 6BW348 | Audi | GL | G |
| 6/8 | 12:20 | 76 | Veroniza Cruz | 7950438 | Chy | GL | G |
| 6/8 | 12:20 | 80 | Daniel Solano | 4TOL98V | Dodge | RC | G |
| 6/8 | 12:20 | 53 | Patricia Paul | 6JYG803 | Buick | CR | Ce |
| 6/8 | 12:05 | 20 | Omar Perez | 7NCW489 | Chevy | CR | C |
| 6/8 | 12:10 | 98 | Sharon Fervens | new car | Toyota | RC | Cy |
| 6/8 | 12:15 | 73 | Gilberto Vere | 8VG8478 | Ford | CR | Ce |
| 6/8 | 12:30 | 70 | Janet moreno | 7DCL030 | Nissan | GL | C |
| 6/8 | 12:4 | 29 | Antonio Gonzales | 6K93773 | Honda | GL | C |
| 6/8 | 12:47 | 49 | Jaime width | 7PLC214 | Nissan | CR | G |
| 6/8 | 12:5 | 87 | Anita Johnson | 3G84710 | Chevy | CR | Ce |
| 6/8 | 12:54 | 73 | monique mendoza | 6YBB058 | Nissan | GL | C |
| 6/8 | 12:58 | 81 | Steve Andersen | 8R29298 | Chevy | CR | G |
| 6/8 | 1:31 | 80 | Blai Slosony transporeties | 4T52526 | Toyota | CR | Gc |
| 6/8 | 1:31 | 21 | Sara Rodriguez | Walk | in | CR | Ce |

PHONE LOG   OUT

# Windward Village

DATE: 6-28-16
PAGE: 1

Tuesday

| Date | Time | Space # | Name | Phone | Reason for Calling |
|------|------|---------|------|-------|--------------------|
| 1/28/16 | 0622 | 292 | Giorgio | 302-0038 | Fabio at gate |
| 6/28 | 0640 | 211 | Arellano | 595-9719 | Jose Garcia at gate |
| 6/28 | 0647 | 149 | Skinner | 346-8095 | Latonya miner at gate |
| 6/28 | 0738 | 259 | Evans | 413-2673 | Edward Avila at gate |
| 6/28 | 0820 | 138 | Venegas | 770-1853 | Betty Narciso at gate |
| 6/28 | 0832 | c | Office | 424-3273 | Johnson maintenance at gate |
| 6/28 | 0845 | 112 | Stone | 424-7925 | Maggie from Th Trango |
| 6/28 | 0847 | 14 | Velasquez | 269-0777 | Coli Construction at gate |
| 6/28 | 0940 | 226 | Day | 284-8531 | John Solgero at gate |
| 6/28 | 0950 | 101 | Mattie | 595-0825 | Roto Rooter at gate |
| 6/28 | 1005 | 263 | Cobo | 426-5124 | Joses Towing at gate |
| 6/28 | 1024 | 198 | Calloway | 276-5866 | PJ at gate |
| 6/28 | 1032 | 105 | Delgadillo | 803 217-1370 | Office Depot at gate |
| 6/28 | 1055 | 101 | Mattie | 595-0825 | Pizza hut at gate |
| 6/28 | 1115 | 245 | Arsenault | 427-3912 | Tracy Arsenault + at gate |
| 6/28 | 1120 | 198 | Calloway | 276-5866 | Sabrie Pinkrey at gate |
| 6/28 | 1125 | 73 | Streit | 310-5529 | Luie Moldonado at gate |
| 6/28 | 1143 | 4 | Rigsby | 708-6169 | Brandon Pinkard at gate |
| 6/28 | 1206 | 33 | Rogers | 424-2552 | Perrick Paul at gate |
| 6/28 | 1208 | 20 | Torres | 887-9804 | Juan Perez at gate |
| 6/28 | 1215 | 93 | Jimenez | 552-5512 | Gilberto Jesus at gate |
| 6/28 | 1243 | 149 | Skinner | 346-8095 | Jaime with aqua pro |
| 6/28 | 1253 | 282 | Sweezy | 446-2183 | Anita John son at gate |
| 6/28 | 1258 | 181 | Spain | 595-6729 | Steve Anderson at gate |
| 6/28 | 1259 | 180 | Barnes | 427-7126 | All Seasons Transportation |
| 6/28 | 1300 | 229 | Esquivias | 474-6418 | Montgomery market at gate |
| 6/28 | 1310 | 211 | Arellano | 595-9719 | Saro Rodriguez at gate |
| 6/28 | 1247 | 4 | Rigsby | 708-6169 | Rodrigo Alvardo at gate |

WINDWARD VILLAGE
3595 Santa Fe Avenue, Long Beach, CA 90810
Visitor List

6/20/16
Monday
2016

| Date | Time | Sp # | Visitor's Name | License No. | Make of Auto | Comments | Guard |
|------|------|------|----------------|-------------|--------------|----------|-------|
| 6/20 | 1045 | 577 | Jay Peson | Winner | Toyota | CR | Cu |
| 6/20 | 1047 | 266 | Ulises Abara | SFHM 703 | Chevy | CR | Cu |
| 6/20 | 1057 | 255 | Margarette Collins | SST 2269 | Bonu | CR | Cu |
| 6/20 | 1102 | 98 | neceydo Leon | UKRX 935 | Hord | Ca | Cu |
| 6/20 | 1107 | 72 | Karen Berde | 6BSmb09 | Honda | CR | Cu |
| 6/20 | 1102 | 211 | omar Castro | UKFT871 | Nissen | CR | Cu |
| 6/20 | 1157 | 205 | Gloria Craig | 6aCT 257 | Hyundai | CR | Cu |
| 6/20 | 1138 | 217 | Long minh | 7NDNS11 | Toyota | CR | Cu |
| 6/20 | 1140 | 72 | Monique mendoza | 64BD088 | Nisson | Cu | Cu |
| 6/20 | 1022 | 24 | Terry Flint | 76QV729 | Buick | CR | C |
| 6/20 | 1122 | 94 | Tim Hudson | 2xAC579 | Lexus | CR | S |
| 6/20 | 1247 | 05 | Mario Messe | 6JMG707 | Honda | Cu | Cu |
| 6/20 | 1243 | 69 | Yvonne Duarte | 6VWK348 | mazda | Cu | Cu |
| 6/20 | 1246 | 282 | Anita Johnson | 36SU 710 | Chy | CR | Cu |
| 6/20 | 1250 | 75 | Vicky Holloway | 5NDB2918 | Kinda | CR | C |
| 6/20 | 1258 | 49 | Justin from Aqua | 6AS/046 | Lexus | CR | C |
| 6/20 | 1252 | 247 | Diane Sollete | 6TAL434 | Toyota | CR | Cu |
| 6/20 | 1253 | 59 | Donoto Hernandez | 6FT145 | Letery | Re | C |
| 6/20 | 1250 | 76 | Larissa Solas | 7507283 | Nissen | Cu | S |
| 6/20 | 1352 | 44 | Laura Prieto | 6UFy887 | Hyundai | CR | Cu |
| 6/20 | 1402 | 02 | Jordan, Ortiz | 4K8C892 | Honda | Cu | C |
| 6/20 | 1513 | 157 | Jesus, Vasquez | Nrap Noil | Toyota | Cu | S |
| 6/20 | 153 | 98 | Nadia Garcia | 5mcr726 | Chevy | GL | S |
| 6/20 | 1538 | 241 | richard gutierrez | 8C03707 | chevy | GL | |

PHONE LOG OUT    **Windward Village**    DATE: 6-20-16
MONDAY    PAGE: 1

| Date | Time | Space # | Name | Phone | Reason for Calling |
|------|------|---------|------|-------|--------------------|
| 6/20 | 0635 | 211 | Arellano | 595-9719 | Jose Garcia et jose |
| 6/20 | 0705 | 119 | Bursie | 893-5363 | Traly Herald et jose |
| 6/20 | 0725 | 160 | Johnson | 9812140 | Cecil John on gate |
| 6/20 | 0740 | 200 | Adams | 6829068 | Triple A Towing et gate |
| 6/20 | 0802 | 114 | Tomkins | 9882109 | Corkys Pest Control et gate |
| 6/20 | 0901 | 125 | Barton | 892-6794 | Martin Rodriguez et gate |
| 6/20 | 0932 | 123 | Martinez | 8129901 | Alehandro Martinez et gate |
| 6/20 | 0935 | 110 | Foley | 424-5705 | Lam Phi et gate |
| 6/20 | 0938 | 15 | Beene | 426-6989 | Ibar Rios et jose |
| 6/20 | 0950 | 27 | Zimbelist | 824-8869 | Corkys Pest Control |
| 6/20 | 1029 | 296 | Unavaerie | 9812140 | Carlos Granados et gate |
| 6/20 | 1045 | 297 | Gangara | 598-0019 | Jay Perez et gate |
| 6/20 | 1047 | 266 | Torres | 290-8258 | Ulises Abare et gate |
| 6/20 | 1057 | 255 | McCoy | 388-3780 | Margret Heclun et gate |
| 6/20 | 1104 | 172 | Lowe | 894-3703 | Karen Barda et gate |
| 6/20 | 1115 | 245 | Arseneault | 427-3912 | Clearee Craig et gate |
| 6/20 | 1138 | 717 | Webb | 492-6990 | Long minh et gate |
| 6/20 | 1255 | 244 | Curly | 427-3248 | Terry Flint et gate |
| 6/20 | 1240 | 244 | Curly | 427-3248 | Tim Hudson et gate |
| 6/20 | 1241 | 282 | Sweezy | 426-7163 | Anise Gunerson et gate |
| 6/20 | 1250 | 250 | Jefferson | 756-0018 | Vicky Lollary et gate |
| 6/20 | 1255 | 149 | Skinner | 346-6895 | Justin at gate |
| 6/20 | 1315 | 245 | Arseneult | 427-3912 | Diane Saloo et gate |
| 6/20 | 1357 | 245 | Scarbro | 424-8277 | Lawra Ford et gate |
| 6/20 | 1400 | 92 | Jaimes | 8529032 | Jordan at gate |
| 6/20 | 1500/1513 | 157 | Vasquez | 3109358391 | Jesus at gate |
| 6/20 | 1630 | 172 | Moria | 3106345207 | Kimberly at gate |
| 6/20 | 1640 | 211 | Orozco | 595 9719 | Krystal at gate |

NE LOG OUT

Monday

# Windward Village

DATE: 6-13-16
PAGE: 1

| Time | Space # | Name | Phone | Reason for Calling |
|------|---------|------|-------|--------------------|
| 0642 | 270 | Huckabone | 965-9867 | Am Trucking at gate |
| 0644 | 211 | Arellano | 595-9719 | Jose Garcia at gate |
| 0703 | 266 | Torres | 290-8258 | Luis Alehandre at gate |
| 0726 | 160 | Johnson | 981-2140 | Cecil Cohn at gate |
| 0748 | 6 | Arauja | 989-2068 | Ramon Garcia at gate |
| 0755 | 14 | Velasquez | 269-0377 | Geli Construction at gate |
| 0845 | 125 | Barron | 842-6094 | Martin Rodriguez at gate |
| 0915 | — | Office | 424-5233 | Ahvest Termite Pest Control |
| 0937 | 80 | Brown | 426-7279 | Nurse Connie Wintinker at gate |
| 0945 | 144 | Torres | 213-2889 | Victor Romo at gate |
| 0955 | 245 | Arsenault | 427-3912 | D at Trong at gate |
| 1000 | 138 | Venegas | 726-1833 | Letty Narciso at gate |
| 1013 | 149 | Skinner | 346-8045 | Shelonda mcnight at gate |
| 1025 | 80 | Brown | 426-7279 | Sara Wen at gate |
| 1130 | 217 | Webb | 492-6900 | long minth at gate |
| 1152 | 80 | Brown | 426-7279 | Ultimate medical at gate |
| 1155 | 241 | Gutierrez | 363-3856 | Bounos Pizza at gate |
| 1250 | 248 | Brown | 533-5704 | Justin Delean at gate |
| 1252 | 172 | Mora | 310-894-5707 | Karen Barda at gate |
| 1254 | 282 | Sweezy | 426-2183 | Anita Johnson at gate |
| 1256 | 244 | Sioldino | 424-8279 | Laura Prieto at gate |
| 1300 | 224 | Boyd | 544-2726 | Carolin Pete at gate |
| 1312 | 245 | Arsenault | 427-3912 | Diane Sellero at gate |
| 1340 | — | Office Gloria | 424-5233 | Aaron Vuong at gate |
| 1405 | 21 | James | 533-0815 | Mike Miller at gate |
| 1430 | 86 | Kealia | 426-7279 | Hospice care at gate |
| 1600 | 4) | Soung | 855-814 | iminat gate |
| 1620 | 172 | mora | 3108443707 | Kimberly Agatha |

E·LOG OUT

# Windward Village

THURSDAY

DATE: 6-9-16
PAGE: 1

| Time | Space # | Name | Phone | Reason for Calling |
|---|---|---|---|---|
| 0630 | 25 | Valdez | 394-5231 | Rozlyn Perez et gate |
| 0640 | 211 | Arellano | 959-9719 | Jose Garcia et gate |
| 0727 | 160 | Johnson | 981-2140 | Eec Cohn et gate |
| 0730 | 69 | Duarte | 280-8829 | Jose Vedu? Goo et gate |
| 0734 | 89 | Urrea | 244-4632 | Yesse Alvarez et gate |
| 0858 | 198 | Galloway | 276-5866 | Maria Morales et gate |
| 0910 | 33 | Rogers | 862-8288 | Gregorio Pell et gate |
| 0920 | 173 | Patricia | 200-6499 | Joy Featherstone et gate |
| 0948 | 217 | Scott | 492-8990 | Jennie Sissen et gate |
| 1009 | 176 | Lee | 424-0169 | Sam with uber et gate |
| 1010 | 245 | Arsenault | 427-3912 | DOT Towing es gate |
| 1013 | 245 | Arsenault | 427-3912 | Tim A Towing et gate |
| 1012 | 198 | Galloway | 276-5866 | Victoria Deleon et gate |
| 1014 | 121 | Edara | 472-6620 | Virginia Williams et gate |
| 1034 | 198 | Galloway | 276-5866 | Lorena Navarrette et gate |
| 1108 | 267 | Steven | 612-0666 | James Miller et gate |
| 1115 | 321 | Boyd | 544-2226 | Happy Furniture et gate |
| 1144 | 121 | Jedara | 472-6620 | Belen - Bol owers et gate |
| 1150 | 138 | Venegas | 776-(838 | Letty Narciso et |
| 1152 | 135 | Cinthia | 415-7617 | Darlene Devis et gate |
| 1200 | 149 | Skinner | 346-8093 | Sam Thine et gate |
| 1232 | 65 | Oviedo | 421-0603 | Marina Lopez et gate |
| 1257 | 198 | Galloway | 276-5866 | Jackie marshal es gate |
| 1258 | 282 | Sweezy | 426-2187 | Anita Johnson es gate |
| 1315 | 65 | Amos | 427-8465 | Doctor/Premie hic et gate |
| 1420 | 91 | Luzon | 427-7761 | Christine et gate |
| 1448 | 224 | Curley | 427-3448 | Kim Hernandez et gate |
| 1500 | 28 | Simmons | 304-4143 | Marie Collier et gate |

# Form C-1—Sample Notice of Action Taken and Statement of Reasons

**Statement of Credit Denial, Termination or Change**

Date: _____

Applicant's Name: _____

Applicant's Address: _____

Description of Account, Transaction, or Requested Credit: _____

Description of Action Taken: _____

**Part I—Principal Reason(s) for Credit Denial, Termination, or Other Action Taken Concerning Credit**

*This section must be completed in all instances.*

| | |
|---|---|
| _____ | Credit application incomplete |
| _____ | Insufficient number of credit references provided |
| _____ | Unacceptable type of credit references provided |
| _____ | Unable to verify credit references |
| _____ | Temporary or irregular employment |
| _____ | Unable to verify employment |
| _____ | Length of employment |
| _____ | Income insufficient for amount of credit requested |
| _____ | Excessive obligations in relation to income |
| _____ | Unable to verify income |
| _____ | Length of residence |
| _____ | Temporary residence |
| _____ | Unable to verify residence |
| _____ | No credit file |
| _____ | Limited credit experience |
| _____ | Poor credit performance with us |
| _____ | Delinquent past or present credit obligations with others |
| _____ | Collection action or judgment |
| _____ | Garnishment or attachment |
| _____ | Foreclosure or repossession |
| _____ | Bankruptcy |
| _____ | Number of recent inquiries on credit bureau report |
| _____ | Value or type of collateral not sufficient |
| _____ | Other, specify: _____ |

**Appx. C.9** | *Fair Credit Reporting*

**Part II—Disclosure of Use of Information Obtained From an Outside Source**

*This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.*

_____ Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: _____
Address: _____
[Toll-free] Telephone number: _____

[We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: _____
Date: _____
Scores range from a low of _____ to a high of _____.
Key factors that adversely affected your credit score:

_____
_____
_____
_____

[Number of recent inquiries on consumer report, as a key factor]

[If you have any questions regarding your credit score, you should contact [entity that provided the credit score] at:

Address: _____
[Toll-free] Telephone number: _____ ]]

_____ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

*If you have any questions regarding this notice, you should contact:*

Creditor's name: _____
Creditor's address: _____
Creditor's telephone number: _____

*Notice:* The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is (name and address as specified by the appropriate agency listed in appendix A).

**Appx. C.9**                                    *Fair Credit Reporting*

**Part II—Disclosure of Use of Information Obtained From an Outside Source**

*This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.*

_____ Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: _____

Address: _____

[Toll-free] Telephone number: _____

[We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: _____

Date: _____

Scores range from a low of _____ to a high of _____.

Key factors that adversely affected your credit score:

_____

_____

_____

[Number of recent inquiries on consumer report, as a key factor]

[If you have any questions regarding your credit score, you should contact [entity that provided the credit score] at:

Address: _____

[Toll-free] Telephone number: _____ ]]

_____ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

*If you have any questions regarding this notice, you should contact:*

Creditor's name: _____

Creditor's address: _____

Creditor's telephone number: _____

*Notice:* The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is (name and address as specified by the appropriate agency listed in appendix A).

**Appx. C.9** *Fair Credit Reporting*

**Part II—Disclosure of Use of Information Obtained From an Outside Source**

*This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.*

_____ Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: _____
Address: _____
[Toll-free] Telephone number: _____

   [We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: _____
Date: _____
Scores range from a low of _____ to a high of _____.
Key factors that adversely affected your credit score:

_____
_____
_____
_____

[Number of recent inquiries on consumer report, as a key factor]

   [If you have any questions regarding your credit score, you should contact [entity that provided the credit score] at:

Address: _____
[Toll-free] Telephone number: _____]]

_____ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

*If you have any questions regarding this notice, you should contact:*

Creditor's name: _____
Creditor's address: _____
Creditor's telephone number: _____

   *Notice:* The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is (name and address as specified by the appropriate agency listed in appendix A).

*Fair Credit Reporting*

**Part II—Disclosure of Use of Information Obtained From an Outside Source**

*This section should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.*

_____ Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: _____

Address: _____

[Toll-free] Telephone number: _____

[We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: _____

Date: _____

Scores range from a low of _____ to a high of _____.

Key factors that adversely affected your credit score:

_____

_____

_____

_____

[Number of recent inquiries on consumer report, as a key factor]

[If you have any questions regarding your credit score, you should contact [entity that provided the credit score] at:

Address: _____

[Toll-free] Telephone number: _____]]

_____ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

*If you have any questions regarding this notice, you should contact:*

Creditor's name: _____

Creditor's address: _____

Creditor's telephone number: _____

*Notice:* The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is (name and address as specified by the appropriate agency listed in appendix A).

*FCRA Model Forms*                                                   **Appx. C.9**

## C.9  Sample Notice of Action Taken and Statement of Reasons

Dear Applicant: Thank you for your recent application. Your request for [a loan/a credit card/an increase in your credit limit] was carefully considered, and we regret that we are unable to approve your application at this time, for the following reason(s):

*Your Income:*
_____ is below our minimum requirement.
_____ is insufficient to sustain payments on the amount of credit requested.
_____ could not be verified.

*Your Employment:*
_____ is not of sufficient length to qualify.
_____ could not be verified.

*Your Credit History:*
_____ of making payments on time was not satisfactory.
_____ could not be verified.

*Your Application:*
_____ lacks a sufficient number of credit references.
_____ lacks acceptable types of credit references.
_____ reveals that current obligations are excessive in relation to income.

*Other:* _____

[The consumer reporting agency contacted that provided information that influenced our decision in whole or in part was [name, address and [toll-free] telephone number of the reporting agency]. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Any questions regarding such information should be directed to [consumer reporting agency]. If you have any questions regarding this letter, you should contact us at [creditor's name, address and telephone number].

[We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: _____
Date: _____
Scores range from a low of _____ to a high of _____
Key factors that adversely affected your credit score:
_____
_____
_____
_____

[Number of recent inquiries on consumer report, as a key factor]

[If you have any questions regarding your credit score, you should contact [entity that provided the credit score] at:

Address: _____
[Toll-free] Telephone number: _____ ]]

*Notice:* The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is (name and address as specified by the appropriate agency listed in appendix A).

# Form C-3—Sample Notice of Action Taken and Statement of Reasons [(Credit Scoring)]

Date

Dear Applicant: Thank you for your recent application for _____. We regret that we are unable to approve your request.

[Reasons for Denial of Credit]

Your application was processed by a [credit scoring] system that assigns a numerical value to the various items of information we consider in evaluating an application. These numerical values are based upon the results of analyses of repayment histories of large numbers of customers.

The information you provided in your application did not score a sufficient number of points for approval of the application. The reasons you did not score well compared with other applicants were:

- Insufficient bank references
- Type of occupation
- Insufficient credit experience
- Number of recent inquiries on credit bureau report

[Your Right to Get Your Consumer Report]

In evaluating your application the consumer reporting agency listed below provided us with information that in whole or in part influenced our decision. The consumer reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. It can be obtained by contacting: [name, address, and [toll-free] telephone number of the consumer reporting agency]. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

[Information about Your Credit Score]

We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: _____

Date: _____

Scores range from a low of _____ to a high of _____

Key factors that adversely affected your credit score:

_____

_____

_____

_____

[Number of recent inquiries on consumer report, as a key factor]

[If you have any questions regarding your credit score, you should contact [entity that provided the credit score] at:

Address: _____

[Toll-free] Telephone number: _____ ]]

If you have any questions regarding this letter, you should contact us at

Creditor's name: _____

Address: _____

Telephone: _____

Sincerely,

*Notice:* The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (with certain limited exceptions); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is (name and address as specified by the appropriate agency listed in appendix A).

**REVOLVING CREDIT**

Each applicant may apply for individual or joint credit regardless of marital status. This application is for:

☑ Individual Credit - complete applicant information.
☐ Joint Credit with Spouse as Joint Applicant – complete applicant and co-applicant information.
☐ Joint Credit with Non-Spouse as Joint Applicant – complete applicant and co- applicant information.

We intend to apply for joint credit (initials)

Applicant Sign Here _____    Co-Applicant Sign Here _____

**DEALER USE ONLY**

Applicant's identification was verified via viewing an unexpired driver's license unless one of the following is checked: Unexpired: ☒ State Issued ID Card ___ Passport ___ Social Security Card

Co-Applicant's identification was verified via viewing an unexpired driver's license unless one of the following is checked: Unexpired: ___ State Issued ID Card ___ Passport ___ Social Security Card

Verified By: Justin McCauley

Dealer # 002002.000    Initial Sale $ 5240.00    Down Payment $

In this Agreement "you" and "your" refer to all persons applying for credit and "we", "us", and "our" refer to Dealer and its assigns.

## CUSTOMER CREDIT APPLICATION

### APPLICANT INFORMATION (Please Type or Print Clearly)

Check if you are NOT a US Citizen ☐        No. of Dependents

| Social Security Number | Date of Birth | E-Mail Address |
|---|---|---|
| ████9953 | 05██1990 | ariel.portley@yahoo.com |

| First Name | Middle | Last Name |
|---|---|---|
| ARIEL | C | PORTLEY |

Residence Address (No PO Box allowed)        Time at Residence
3595 SANTA FE AVE, SP 149

| City | State | Zip | Yrs. | Mos. |
|---|---|---|---|---|
| LONG BEACH | CA | 90810 | | |

☒ Own        Monthly Mortgage Payment        Home Value
☐ Rent        $                $  0.00

| Home Phone Number | Cell Phone Number | Work Phone Number |
|---|---|---|
| 562 / ██ 9086 | 562 / ██ 8095 | 310 / ██ 2320 |

Present Employer        Occupation        Gross Monthly Salary    Length of Employment
LAX AIRPORT        TSA            06 Yrs. 02 Mos.

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Other Income | Source | Monthly Amount |
|---|---|---|
| Sho | | |

### PERSONAL REFERENCE (Not Living With You)

Name: Sheiran Skinner
Relationship:
Phone Number: 562 / ██ 8095

### CO-APPLICANT INFORMATION (For Joint Applicants Only)

Check if you are NOT a US Citizen ☐        No. of Dependents

| Social Security Number | Date of Birth | E-Mail Address |
|---|---|---|
| | | |

| First Name | Middle | Last Name |
|---|---|---|
| | | |

Residence Address (No PO Box allowed)        Time at Residence

| City | State | Zip | Yrs. | Mos. |
|---|---|---|---|---|
| | | | | |

| Home Phone Number | Cell Phone Number | Work Phone Number |
|---|---|---|
| | | |

Present Employer        Occupation        Gross Monthly Salary    Length of Employment

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Other Income | Source | Monthly Amount |
|---|---|---|
| | | |

By signing this application: 1) you warrant all information you provide is true and complete; 2) you authorize Dealer to assign this application to Aqua Finance, Inc. or its assigns; 3) you authorize a full investigation and release of any records from any source, including credit bureau reports, to check the accuracy of information on this application; and 4) you consent to receiving autodialed message calls from us or our agents on your wireless phone. You have a continuing duty to keep us informed if any information on this application changes. By completing and signing this application you understand that you have requested that we open a revolving credit account which allows you to make credit purchases on account as evidenced by a revolving credit sales slip, and you agree to all the terms and conditions of this Revolving Credit Agreement. Your signature below acknowledges that you have received and read all the terms of this Agreement before making any purchases on the account.

---

IF THIS IS A JOINT ACCOUNT YOU UNDERSTAND THAT EACH APPLICANT HAS THE RIGHT TO USE THE ACCOUNT TO THE CREDIT LIMIT AND THAT CO-APPLICANTS ARE JOINTLY AND SEVERALLY LIABLE FOR ALL PURCHASES ON THE ACCOUNT. No agreement exists between us until information regarding this credit application and agreement. No agreement exists between us until this application is approved.

SOCIAL SECURITY NUMBER/TAXPAYER IDENTIFICATION NUMBER: Under penalties of perjury, I certify that: 1)The number shown on Page 1 of this Credit Application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), 2) I am not subject to backup withholding because (a) I am exempt from backup withholding; or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified me that I am no longer subject to backup withholding; and 3) I am a U.S. person (including a U.S. resident alien). Certification instructions: Cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Cross out item 3 and complete a W-8 BEN if you qualify and are not a U.S. Person.

The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

Your Minimum Monthly Payment will be between 2% and 5% of the "Highest Monthly Charge" balance since your Monthly Charge Balance was zero (less any Special Payment Plans) as will be shown on your billing statement, rounded to the next highest dollar, or $15, whichever is greater. If you are a participant in specified Promotion Plans, your Minimum Monthly Payment will be between 1% (for first 12 months) and 2% (thereafter) of the "Highest Monthly Charge" Balance or $15, whichever is greater. A finance charge will be computed on your outstanding balance each month. DO NOT SIGN BELOW UNLESS MERCHANT HAS PROVIDED THE ATTACHED DISCLOSURES AND TERMS. BY YOUR SIGNATURE BELOW YOU ACKNOWLEDGE RECEIPT OF THE ATTACHED REVOLVING CREDIT AGREEMENT.

Applicant Signature _____    Date 6 / 8 / 2018

| Applicant Driver Lic. No. | State | Expiration Date |
|---|---|---|
| ████3810 | 05 / 05 / 2018 | |

Joint Applicant Signature _____    Date / /

| Joint Applicant Drivers Lic. No. | State | Expiration Date |
|---|---|---|
| | | |

NOTICE TO WISCONSIN APPLICANTS: No provision of a marital property agreement, a unilateral statement under Wis. Stats. §766.59, or a court decree under Wis. Stats. §766.70 adversely affect the interest of the creditor unless the creditor is furnished a copy of the decree, agreement, statement, or has actual knowledge of the adverse provision prior to the time credit is granted. You must supply us with your spouse's name and address in the Spouse/Joint Applicant section above so we can give notice of this credit transaction by naming a copy of this application. If you are married, you agree that this obligation is incurred in the interest of marriage or family.

Applicant Signature _____

CREDIT REPORT NOTICE: We may request a credit report for any legitimate purpose associated with your application for credit, extending credit, modifying the terms of your credit agreement, or collection on your account. On your request we will inform you if such a report was ordered and will give you the name and address of the credit reporting agency that furnished the report.

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission.

Delaware residents: Service charges not in excess of those permitted by law will be charged on the outstanding balances from month to month. Maryland residents: Finance charges will be made in amounts or at rates not in excess of those permitted by law.

ASSIGNMENT: Should Aqua Finance, Inc. ("AFI") acquire your account as a result of your credit application AFI may further assign your credit transaction. If your transaction is assigned to Connexus Credit Union ("Connexus") you will be required to become a member. Membership will be granted through joining the nonprofit Connexus Association ("Association"), a 501(c)(3) entity established to conduct charitable giving throughout the United States. In that event, and by signing this application, you agree to join Connexus and the Association, and the terms of membership in each organization.

### AUTHORIZATION AGREEMENT FOR DIRECT PAYMENTS

By signing below, I hereby authorize the initiation of a periodic deduction from my account at the financial institution named below through the ACH system and authorize said institution to debit my account for the amount and at the frequency set forth below. I acknowledge that this request does not violate the provisions of United States law as it applies to ACH transactions. I understand I have a right to stop this automatic payment by notifying either the institution named below or AFI, in writing, at least three (3) business days prior to the day my account is scheduled to be charged and that there may be a fee for that service. Further I agree that AFI will require written confirmation of an oral stop-payment order within fourteen (14) days. This will be a permanent stop payment on this preauthorized payment. I may, however, establish a new preauthorized payment from the same financial institution or company in the future. I also authorize adjustment entries in the event of erroneous transactions on my account. I agree to hold AFI harmless for any expenses, including fees, incurred as a result of its inability to process a scheduled preauthorized withdrawal due to: my having supplied incorrect information, its having acted on a stop payment order, or there being insufficient funds in the account I have indicated.

Monthly Payment $ _____

Day of Month for Withdrawal _____    Month First Payment is to be Drawn _____

Bank Name _____

Bank Address _____

Bank Routing # _____

If not blank, you are authorized to deduct the payment amount set forth in my Revolving Credit Sales Slip for the account listed on my voided check. IMPORTANT: PLEASE ATTACH A VOIDED CHECK. ████████████

Signature of Depositor X _____    (if joint account, both must sign)

☐ I would like to receive my monthly account statements by email and have access to pay my bill online.

RETAIL INSTALLMENT CREDIT AGREEMENT - NY
CREDIT SALE CONTRACT-HI
REVOLVING CREDIT SALES SLIP (home solicitation)

(For Official Use Only) ACCOUNT NUMBER: 1022320419

Dealer's Name AND Address (print or stamp below)
**AQUAPRO ELITE SYSTEMS**
560 BIRCH ST #6
LAKE ELSINORE, CA 92530
Dealer Number: 000.002.000
Dealer's Signature

Buyer's Name: ARIEL C PORTLEY

Co-Buyer's Name:

Billing Address: 3595 SANTA FE AVE, SP. 149
LONG BEACH, CA 90810

**FOR PROMOTIONAL SALES ONLY**

This section pertains only to the terms of the promotion program indicated, if any.

**Promotion Type:** Applicable to the Purchase Represented by this Revolving Credit Sales Slip (check all that apply, if any).

___ **Same-as-Cash:** No interest if paid in full in _____ months. If the balance is not paid in full in _____ months, interest will be imposed from the date of purchase at a rate of _____% as disclosed in your Revolving Credit Agreement. Minimum payments are due monthly.

___ **Deferred Payment:** Your first payment will be due _____ months from the date of the Revolving Credit Sales Slip. Interest begins accruing at your contract rate of _____% on day 1 and is NOT waived at any point during the deferred payment promotional period.

X **Interest Rate Reduction:** The purchase APR disclosed on your Revolving Credit Agreement is hereby reduced to 13.99%.

X **Payment Reduction:** The minimum monthly payment factor disclosed on this Revolving Credit Sales Slip is hereby reduced to 2.0%.
Except for the terms of the promotion type indicated above, all other terms of your Revolving Credit Agreement remain the same.

| QUANTITY | DESCRIPTION OF GOODS OR SERVICES | ITEM # | PRICE |
|---|---|---|---|
| 1 | 1-AQUA PRO 5000 SXT & 1- AQUA PRO PURE ADVANTAGE + | | $ 5240.00 |
| 0 | | | $ 0.00 |
| | ☐ Check here if invoice is attached | SUBTOTAL | $ 5240.00 |

**SALE INFORMATION**
MINIMUM MONTHLY PAYMENT FACTOR: 2.5% (see Revolving Credit Agreement for full description)
PROMOTION CODE: 13.99%APR (if none, write N/A)
DATE OF SALE: ____6/6/2016____   DATE OF INSTALLATION/DELIVERY: ____6/10/2016____
☐ Check here if billing address is different from product delivery/installation address & provide delivery/installation address here:

| | | |
|---|---|---|
| + SALES TAX | $ | 0.00 |
| - DOWN PAYMENT | $ | 0.00 |
| TOTAL AMOUNT FINANCED | $ | 5240.00 |

**Michigan Residents only** - Additionally, the seller is prohibited from having an independent courier service or other third party pick up your payment at your residence before the end of the 3 business day period in which you can cancel the transaction.
**BUYER'S RIGHT TO CANCEL:** The buyer, may cancel this transaction at any time prior to midnight of the third business (5th in Alaska) day after the date of this transaction. See the accompanying notice of cancellation form for an explanation of this right.
**NOTICE TO BUYER:** (1) Do not sign this Agreement before you read it or if it contains blank spaces to be filled in. (2) You are entitled to a completely filled-in copy of this Agreement. (3) You can prepay the full amount due under this Agreement at any time. (4) If you desire to pay off in advance the full amount due, the amount which is outstanding will be furnished upon request.
You acknowledge receiving a completed copy of this Sales Slip which is in accordance with the terms of your Revolving Credit Agreement and 2 copies of a Notice of Cancellation & Seller orally explained the right to cancel. (ALL BUYERS MUST SIGN HERE)

X _____ Date 6/6/2016      X _____ Date 6/6/2016
Buyer Signature                                      Co-Buyer Signature

**New York NOTICE TO BUYER:** Do not sign this contract before you read it or if it contains any blank space. You are entitled to a completely filled in copy of this credit agreement.   **RETAIL INSTALLMENT CREDIT AGREEMENT**

X _____ Date 6/6/2016      X _____ Date 6/6/2016
Buyer Signature                                      Co-Buyer Signature

**Hawaii NOTICE TO BUYER:** Do not sign this contract before you read it. When you sign this contract, you are entitled to a copy of it that is completely filled in. Keep a copy of this contract to protect your legal rights. This contract is covered by Hawaii's credit sale law, and you have the rights of a buyer under that law. You also may have rights under other state and federal laws.   **CREDIT SALE CONTRACT**

X _____ Date 6/6/2016      X _____ Date 6/6/2016
Buyer Signature                                      Co-Buyer Signature

**Washington NOTICE TO BUYER:** (1) Do not sign this retail charge agreement before you read it or if any spaces intended for the agreed terms are left blank. (2) You are entitled to a copy of this charge agreement at the time you sign it. (3) You may at any time pay off the full unpaid balance under this charge agreement. (4) You may cancel any purchase made under this charge agreement if the seller or his representative solicited in person such purchase and you sign an agreement for such purpose, at a place other than the seller's business address shown on the charge agreement, by sending notice of such cancellation by certified mail return receipt requested to the seller at this address shown on the charge agreement, which notice shall be posted not later than midnight of the third day (excluding Sundays and holidays) following your signing of the purchase agreement. If you choose to cancel this purchase, you must return or make available to seller at the place of delivery any merchandise, in its original condition, received by you under this purchase agreement.

X _____ Date 6/6/2016      X _____ Date 6/6/2016
Buyer Signature                                      Co-Buyer Signature

SEE REVERSE SIDE FOR OTHER TERMS OF THIS CONTRACT
Seller may only assign this contract to ("Assignee") Aqua Finance, Inc.
One Corporate Drive, Suite 300 - P.O. Box 844 - Wausau, WI 54402-0844 - PHONE: 800/234-3663 - FAX: 715/848-6220
COPY 1 (WHITE)-Original   COPY 2 (YELLOW)-Seller Copy   COPY 3 (PINK)-Customer Copy   COPY 4 (GOLD)-Customer Copy
PAGE 1 OF 2
AFI-500-GN 10-1-2015 - (AL, AK, AZ, AR, CA, CO, CT, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VA, WA, WI, WY, DC)   ORBIT   2.5% factor   AFI Proprietary Form – for use by AFI and approved Dealers only

Minnesota Sales: List Type of Goods or Services Purchased / Minnesota Venta: deberán en listar el tipo de servicios o bienes comprados:

| BUYER'S NAME/NOMBRE DEL COMPRADOR: | CO-BUYER'S NAME/ NOMBRE DEL CO-COMPRADOR: |
|---|---|
| ARIEL C PORTLEY | #002002000 |

I acknowledge receipt of 2 completed copies of this Notice / Atestiguo haber recibido 2 copias de este Aviso

Buyer's Signature / Firma del Comprador                Co-buyer's signature / Firma del Comprador Conjunto

---

**NOTICE OF CANCELLATION**

Date of Transaction: 6/6/2016

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS (FIVE in Alaska and FIFTEEN in North Dakota if you are 65 years or older) from the above date. If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale, or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract (except in Texas and Wisconsin).

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to _____ Seller's Address of Seller's Place of Business – print or stamp below

AQUAPRO ELITE SYSTEMS
560 BIRCH ST #6
LAKE ELSINORE, CA 92530

NOT LATER THAN MIDNIGHT OF ___6/9/2016___
I HEREBY CANCEL THIS TRANSACTION.

Buyer's Signature _____ Date _____

---

**NOTICE OF CANCELLATION**

Date of Transaction: 6/6/2016

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS (FIVE in Alaska and FIFTEEN in North Dakota if you are 65 years or older) from the above date. If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale, or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract (except in Texas and Wisconsin).

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram, to _____ Seller's Address of Seller's Place of Business – print or stamp below

AQUAPRO ELITE SYSTEMS
560 BIRCH ST #6
LAKE ELSINORE, CA 92530

NOT LATER THAN MIDNIGHT OF ___6/9/2016___
I HEREBY CANCEL THIS TRANSACTION.

Buyer's Signature _____ Date _____

---

**NOTIFICACIÓN DE CANCELACIÓN**

Fecha de la transacción : _____

Usted puede CANCELAR esta transacción, sin penalidad u obligación alguna, dentro de los TRES DÍAS LABORABLES (Cinco días en Alaska y quince en North Dakota si excede los 65 años de edad) siguientes a la fecha de arriba. Si cancela, cualquier propiedad comerciada, cualquier pago hecho por usted bajo el contrato o venta, y cualquier instrumento negociable ejecutado por usted, será retornado dentro de los DIEZ DÍAS LABORABLES siguientes con un recibo del comerciante de la noticia de su cancelación y todo interés garantizado derivado de la transacción será cancelado. Si cancela, usted debe poner a disposición del vendedor en su residencia, todo bien que le haya sido entregado bajo este contrato o venta, en una condición considerablemente tan buena como cuando lo recibió; o puede si así lo desea, cumplir las instrucciones del vendedor respecto a la devolución del envío de los bienes a cargo y riesgo del vendedor. Si pone los bienes a disposición del vendedor y el vendedor no los recoge dentro de los 20 días a partir de su Notificación de Cancelación, puede guardar o vender los bienes sin obligación adicional alguna. Si no pone los bienes a disposición del vendedor o si acuerda devolver los bienes al vendedor y no lo hace, será responsable del cumplimiento de todas las obligaciones bajo este contrato (excepto en Texas y Wisconsin).

Para cancelar esta transacción, envíe una carta o entregue una copia firmada y fechada de esta notificación de cancelación o cualquier otra notificación escrita, o envíe un telegrama, a

Nombre y dirección del Vendedor – imprima aquí

NO MÁS TARDE DE LA MEDIA NOCHE DE _____ (fecha).
POR LA PRESENTE CANCELO ESTA TRANSACCIÓN.

Firma del Comprador _____ Fecha _____

---

**NOTIFICACIÓN DE CANCELACIÓN**

Fecha de la transacción : _____

Usted puede CANCELAR esta transacción, sin penalidad u obligación alguna, dentro de los TRES DÍAS LABORABLES (Cinco días en Alaska y quince en North Dakota si excede los 65 años de edad) siguientes a la fecha de arriba. Si cancela, cualquier propiedad comerciada, cualquier pago hecho por usted bajo el contrato o venta, y cualquier instrumento negociable ejecutado por usted, será retornado dentro de los DIEZ DÍAS LABORABLES siguientes con un recibo del comerciante de la noticia de su cancelación y todo interés garantizado derivado de la transacción será cancelado. Si cancela, usted debe poner a disposición del vendedor en su residencia, todo bien que le haya sido entregado bajo este contrato o venta, en una condición considerablemente tan buena como cuando lo recibió; o puede si así lo desea, cumplir las instrucciones del vendedor respecto a la devolución del envío de los bienes a cargo y riesgo del vendedor. Si pone los bienes a disposición del vendedor y el vendedor no los recoge dentro de los 20 días a partir de su Notificación de Cancelación, puede guardar o vender los bienes sin obligación adicional alguna. Si no pone los bienes a disposición del vendedor o si acuerda devolver los bienes al vendedor y no lo hace, será responsable del cumplimiento de todas las obligaciones bajo este contrato (excepto en Texas y Wisconsin).

Para cancelar esta transacción, envíe una carta o entregue una copia firmada y fechada de esta notificación de cancelación o cualquier otra notificación escrita, o envíe un telegrama, a

Nombre y dirección del Vendedor – imprima aquí

NO MÁS TARDE DE LA MEDIA NOCHE DE _____ (fecha).
POR LA PRESENTE CANCELO ESTA TRANSACCIÓN.

Firma del Comprador _____ Fecha _____

---

WHITE/BLANCO – Original   YELLOW/AMARILLO –Dealer Copy/Copia del Distribuidor   PINK/ROSA & GOLD/ORO – Customer Copy/Copia del Cliente

Notice of Cancellation -200-FTC  6/1/08

# BLANKROME

2029 Century Park East | 6th Floor | Los Angeles, CA 90067
blankrome.com

| | |
|---|---|
| *Phone:* | *(424) 239-3835* |
| *Fax:* | *(424) 239-3221* |
| *Email:* | *nadams@blankrome.com* |

April 13, 2018

**BY FEDERAL EXPRESS**

Ms. Ariel Camille Portley
3595 Santa Fe Ave, SP 149
Long Beach, CA 90810

Re:     **Case Name: Ariel Camille Portley v. Aqua Finance, Inc.;**
        **Los Angeles County Superior Court Case Number: 18DWSC01296**

Dear Ms. Portley:

This law firm represents Aqua Finance, Inc. ("Aqua Finance") in connection with its investigation into the above-referenced case (the "Lawsuit") pending in Los Angeles County Superior Court, Downey Courthouse. We understand there is a trial scheduled for May 29, 2018 at 8:30 a.m. in the Small Claims Department, SE2.

Aqua Finance is prepared to exercise all of its rights under the law to defend itself against this frivolous Lawsuit. Those rights include removal of this case from state court to the United States District Court for the Central District of California, as well as any claims against you and your mother, Sharon Skinner, which are available to Aqua Finance in connection with your false allegations of identity theft. The purpose of this letter is to request that you dismiss the Lawsuit with prejudice, immediately. For your convenience, we have included a Request for Dismissal Form for you to sign. If you return the form to us <u>by Thursday, April 19, 2018</u>, Aqua Finance will have the dismissal filed with the Court.

A. **Summary of the Lawsuit**

The claim you filed on March 9, 2018 states that you believe Aqua Finance violated the Fair Credit Reporting Act and used your information to make a purchase without your consent. You allege the purchase was between August 5, 2016 and March 9, 2018. You also allege that Aqua Finance owes you $9,500.00 based on "estimated unauthorized charges, taxes and interest…" You do not state what Aqua Finance allegedly "purchased," who at Aqua Finance made the alleged purchase, what taxes and interest were allegedly paid or by whom they were paid. You also stated that you asked Aqua Finance to pay the $9,500.00 before you filed the Lawsuit, but Aqua Finance did not receive that demand.

152162.01201/107035962v.1

# BLANKROME

April 13, 2018
Page 3

### D.  Your Loan Payment History

On September 13, 2016, Aqua Finance processed your payment on the Loan in the amount of $105.00 as you discussed with Aqua Finance on September 12, 2016. You then made payments on October 3, 2016, October 24, 2016, December 13, 2016, December 15, 2016, January 18, 2017, March 1, 2017, April 11, 2017, April 25, 2017, June 8, 2017, July 6, 2017, August 28, 2017, August 29, 2017, September 28, 2017, November 21, 2017, December 13, 2017, January 8, 2018, February 14, 2018, March 13, 2018 and April 6, 2018.

Your total remaining balance on the Loan account as of April 12, 2018 is $4,446.10.

### E.  Seriousness of the False Allegations

It is clear that Aqua Finance did not steal your identity. If your mother, Ms. Skinner, stole your identity to obtain the Water Treatment System, then you have not pursued those charges or provided Aqua Finance with the information it requires to investigate those allegations and/or hold your mother responsible. You have not provided Aqua Finance with aN ID Theft Affidavit Form, police report, or any other information that indicates you brought your allegations to the authorities.

Additionally, the Water Treatment System was installed on your Property. Not only has it likely increased the value of your Property but you presumably use and retain its benefits daily.

As a result of your fraudulent Lawsuit, Aqua Finance will continue to incur fees and costs associated with investigation into this matter and travel expenses to fly in from Wisconsin for the hearing on May 29, 2018. Aqua Finance is confident that the case will be dismissed with prejudice on May 29th and that it is a waste of all parties' time and resources to proceed with the Lawsuit. Additionally, if Aqua Finance is required to go to Court to defend itself against these frivolous allegations, Aqua Finance will request that the Court order you reimburse it for its travel expenses if the Lawsuit is dismissed after trial.

### F.  Request for Stipulation to Dismiss to be Received by Thursday, April 19, 2018

Aqua Finance requests that you please agree to dismiss your Lawsuit by signing and returning the enclosed Request for Dismissal. Please mail the signed Request for Dismissal to be received at our firm no later than Thursday, April 19, 2018. Alternatively, Aqua Finance Requests that you provide a court-stamped copy of the Request for Dismissal on or before April 19, 2018. Please feel free to contact me directly with any questions.

Sincerely,

Nadia D. Adams

Encl.

# BLANKROME

April 13, 2018
Page 2

### B.  Your Loan Application for a Water Treatment System and Certificate of Completion

Aqua Finance has never made a purchase in your name.  However, Aqua Finance's records show that *you* obtained a loan from Aqua Finance in June 2016 in the amount of $5,240.00 (the "Loan").  The purpose of the Loan was for the installation of a Water Treatment System (Aqua Pro 5000 SXT & AquaPro Pure Advantage) in your home located at 3595 Santa Fe Ave, SP 149, Long Beach, CA 90810 ("Property").

On June 10, 2016, you signed a Certificate of Completion attesting to the installation of the Water Treatment System. Your Loan was given an account number ending in "2719."  A copy of the Application and the Certificate are enclosed as "Exhibit A."

We confirmed through the Los Angeles County Recorder's Office that you are the sole owner of this Property. A copy of the grant deed to you, recorded on March 11, 2016, under document number 20160270655 is enclosed as "Exhibit B."

### C.  Your Previous, Unsubstantiated Allegations of Identity Theft Against Your Mother

On August 3, 2016, you spoke on the telephone with Aqua Finance.  You stated that your mother, Sharon Skinner, would be making the payments on the Loan but had not received a billing statement.  You gave authorization for Aqua Finance to speak with Ms. Skinner regarding the Loan.

On August 4, 2016, Ms. Skinner called Aqua Finance and stated that she had not received a billing statement.  She made a payment in the amount of $105.00 using a Visa card ending in "9578."

On August 6, 2016, you signed and submitted an "Authorization to Release Information Form." On the form, you authorized your mother to receive information about your Loan account. A true and correct copy of the Authorization is enclosed as "Exhibit C."

On September 7, 2016, you called Aqua Finance and stated that there was a fraud because your mother had used your information to obtain the Loan.  You spoke with a supervisor who told you that you would need to complete an "ID Theft Affidavit Form" and a police report.  That day, the paperwork was emailed to you at your request using the email address: ariel.portley@yahoo.com.

On September 12, 2016, you called Aqua Finance for an update on the fraud allegations.  You were informed that Aqua Finance had not received the ID Theft Affidavit Form or police report from you and thus, had not processed anything yet.  You stated that you were not going to file a police report against your mother.  You then stated that you would make a payment on the Loan if Aqua Finance would waive the late charge on your Loan account.

After the allegations of identity theft on September 7, 2016 and September 12, 2016, Aqua Finance did not hear from you again regarding the alleged identity theft.

**Exhibit C**



**This page is part of your document - DO NOT DISCARD**



# 20160270655



**Pages:**
**0004**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**03/11/16 AT 08:00AM**

| | |
|---|---|
| FEES: | 28.00 |
| TAXES: | 189.75 |
| OTHER: | 0.00 |
| PAID: | 217.75 |



**L E A D S H E E T**



201603110220004

00011817686



007429015

**SEQ:**
**14**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

E523417

T55

FNTG Builder Services
Recording Requested By:

**CHICAGO TITLE COMPANY**
**SUBDIVISION DEPARTMENT**
**When Recorded Mail To:**
**ARIEL PORTLEY**
**3595 SANTA FE AVENUE SP 149**
**LONG BEACH, CA 90810**

03/11/2016

*20160270655*

**Title Order No.:** W1642149 –VC
**Escrow No.:** 01400360

Space above for Recorder's Use

**MAIL TAX STATEMENTS TO:**

**SAME AS ABOVE**

APN:  7317-018-043

**DOCUMENTARY TRANSFER TAX: $189.75**

x Computed on the consideration or value of property conveyed; OR

_ Computed on the consideration or value less liens or encumbrances remaining at time of sale.

THE UNDERSIGNED GRANTOR
Signature of Declarant or Agent determining tax

## GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged

## THE ASSOCIATES GROUP WINDWARD VILLAGE, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION

hereby **GRANTS TO:  ARIEL PORTLEY, A SINGLE WOMAN**

the following described real property situated in the City of Long Beach, County of Los Angeles, State of California:

**MAIL TAX STATEMENTS TO:  SAME AS ABOVE**

**WINDWARD VILLAGE -- W1642**

140

IN WITNESS WHEREOF, THIS INSTRUMENT IS EXECUTED THIS _2_ DAY OF _4_
_August_ , 2015 BY:

**GRANTOR:**

## THE ASSOCIATES GROUP WINDWARD VILLAGE, A CALIFORNIA NONPROFIT BENEFIT CORPORATION

By: _Gerald R. Gibbs_
      Gerald R. Gibbs, President

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF California )
                                    ) ss.
COUNTY OF ORANGE )


On _August 2, 2015_ before me, _LoRi Prescott_ , a
Notary Public in and for said State, personally appeared _Gerald R. Gibbs_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.


**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**


WITNESS my hand and official seal.

Signature _Lori Prescott_ (Seal)

LORI PRESCOTT
Commission # 2101718
Notary Public - California
Orange County
My Comm. Expires Mar 26, 2019

WINDWARD VILLAGE – W1642

LOT 149 OF TRACT 62384, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON MAP RECORDED IN BOOK 1352, PAGES 9 THROUGH 19, INCLUSIVE, OF OFFICIAL RECORDS OF SAID COUNTY.

RESERVING TO GRANTOR, IT'S SUCCESSORS AND ASSIGNS, TOGETHER WITH THE RIGHT GRANT AND TRANSFER, EASEMENTS AND RIGHTS SET FORTH IN THE SECTION ENTITLED DESCRIPTION OF PROJECT, DIVISION OF PROPERTY, AND CREATION OF PROPERTY RIGHTS OF THE DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS RECORDED ON OCTOBER 15, 2008 AS INSTRUMENT NO. 2008-1834762, OF OFFICIAL RECORDS.

**EXCEPTING THEREFROM,** ONE HALF OF ANY OIL, GAS, MINERAL, AND HYDROCARBON EXTRACTION AND/OR USE RIGHT WHERE SAID SUBSTANCE LIE BELOW THE SURFACE OF SAID LAND.  SAID RIGHTS ARE RESERVED TO THE WATSON LAND COMPANY, A CORPORATION IN A DEED RECORDED IN THE OFFICE OF THE LOS ANGELES COUNTY RECORDER ON SEPTEMBER 15, 1955, AS INSTRUMENT NO. 389 IN BOOK 48986, PAGE 12, OFFICIAL RECORDS.  THE RIGHTS TO SURFACE ENTRY HAS BEEN WAIVED.

**ALSO RESERVING THEREFROM,** ANY URANIUM, THORIUM AND ANY OTHER MATERIALS DEEMED TO BE PARTICULARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIAL UNDER THE ATOMIC ENERGY ACT OF 1946 AND THE RIGHT MINE AND REMOVE THE SAME. SAID RIGHTS ARE RESERVED TO THE UNITED STATES OF AMERICA IN A DEED RECORDED JUNE 1, 1953, AS INSTRUMENT NO. 2956, IN BOOK 41865, PAGE 7 OF OFFICIAL RECORDS.  THE RIGHT OF SURFACE ENTRY HAS NOT BEEN WAIVED.

THIS CONVEYANCE IS MADE AND ACCEPTED, AND SAID REAL PROPERTY IS HEREBY GRANTED IN ACCORDANCE WITH AND SUBJECT TO THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND ANY AMENDMENTS THERETO, WHICH DOCUMENT IS, BY THIS REFERENCE, INCORPORATED HEREIN AND MADE A PART HEREOF, AS THOUGH FULLY SET FORTH AT LENGTH HEREIN.

SUBJECT TO:

1. GENERAL ABD SPECIAL REAL PROPERTY TAXES FOR THE CURRENT FISCAL YEAR

2. COVENANTS, CONDITIONS, RESTRICTIONS AND EASEMENTS, RESERVATIONS, RIGHTS, DECLARATIONS, AND RIGHT OF WAYS OF RECORD.

**WINDWARD VILLAGE – W1642**

## Exhibit A

### AUTHORIZATION TO RELEASE INFORMATION FORM

I hereby authorize Aqua Finance, Inc. to release the following information from my account to the following:

CXSX402232719

Account Number

Sharon Skinner (562) 346-8095  Mother
_____
Name                    Phone Number          Relationship

_____
Name                    Phone Number          Relationship

I understand that my authorization will remain effective from the date of my signature until completion of the loan, and that I may revoke the authorization at any time by written, dated communication. All information will be handled confidentially in compliance with all applicable federal and state laws. I have read and understand the nature of this release.

Ariel Portley                    8/6/16
_____
Applicant's Name (Printed)       Date

Ariel Portley                    8/6/16
_____
Applicant's Signature            Date

# Aqua Finance Inc FBO Connexus Credit Union

**Customer Service:** (877) 369-4330

**Payment Address:** Aqua Finance Inc FBO Connexus Credit Union, PO BOX 3256, MILWAUKEE WI 53201-3256
Aqua Finance Inc FBO Connexus Credit Union, P.O. BOX 1143, WAUSAU, WI 54402-1143

## SUMMARY OF ACCOUNT ACTIVITY

| | Account number X402232719 | Credit Line $5,700.00 | Credit Available $1,478.30 | Days in Billing Cycle 30 | Statement Closing Date 07/25/18 |
|---|---|---|---|---|---|
| Previous Balance $4,273.41 | - Payments and Credits $110.00 | + Purchases and Debit $0.00 | + INTEREST CHARGES $48.29 | + Miscellaneous Fees $10.00 | = New Balance $4,221.70 |

## PAYMENT INFORMATION

| NEW BALANCE $4,221.70 | | |
|---|---|---|
| MINIMUM PAYMENT DUE $205.00 | | PAYMENT DUE DATE 08/22/18 |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment within 10 days of the payment due date, you may have to pay a $10.00 late fee and your APRs may be increased up to the Penalty APR of 21.000%.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $5,729 |
| $145 | 3 years | $5,220 (Savings=$509) |

If you would like information about credit counseling services, please call (877) 369-4330 ext 1409
Please send billing inquiries and correspondence to: Aqua Finance Inc FBO Connexus Credit Union, P.O. BOX 1143, WAUSAU, WI 54402-1143

## TRANSACTION SUMMARY

| Post Date | Transaction Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 07/06/18 | 07/06/18 | | PAYMENT RECEIVED. THANK YOU. | (110.00) |
| | | | **FEES** | |
| 07/02/18 | 07/02/18 | | LATE CHARGE ACCRUAL | 10.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | 10.00 |
| | | | **INTEREST CHARGED** | |
| 07/25/18 | 07/25/18 | | INTEREST CHARGED | 48.29 |
| | | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | 48.29 |

| | 2018 TOTALS YEAR-TO-DATE | |
|---|---|---|
| Total Fees Charged in 2018 | $45.00 | |
| Total Interest Charged in 2018 | $352.25 | |

**Interest Charge Calculation - Your Annual Percentage Rate (APR) is the annual interest rate on your account.**

| Purchase Type | Annual Percentage Rate (APR) (V = variable rate) | Periodic Daily Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Regular | 13.9900% | 0.03833% | $4,199.20 | $48.29 |
| Promotion | 13.9900% | 0.03833% | $0.00 | $0.00 |

**NOTICE:** See reverse side for important information concerning your account.

For prompt credit, mail payment to location shown below. Payment in any other way may delay crediting your account up to 5 days.
DETACH TOP PORTION AND RETURN WITH PAYMENT. ALLOW 10 DAYS FOR MAIL DELIVERY. You may pay your entire balance at any time
Aqua Finance Inc FBO Connexus Credit Union, PO BOX 3256, MILWAUKEE WI 53201-3256

ATTENTION CHECK WRITERS - WE GLADLY ACCEPT YOUR CHECKS: When you provide a check as payment, you authorize Aqua Finance Inc FBO Connexus Credit Union to either use information from your check to make a one-time electronic fund transfer from your account or to process the transaction as a check transaction. When we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you may not receive your check back from your financial institution. If your payment is returned unpaid, you authorize us to make a one-time electronic fund transfer from your account to collect the non-sufficient funds fee (NSF fee) as disclosed in your Revolving Credit Agreement. Your payment by check is deemed acceptance of this electronic check recovery system.

If you are interested in our automatic withdrawal programs, please contact TIFFANY BACKHAUS at (877) 369-4330 ext 1409

*** View and pay your bill online for FREE at www.aquafinance.com ***

For questions regarding this statement, to report a lost or stolen card or would like a payoff quote, please call (877) 369-4330

XEACCDCHBJ

For account information call (877) 369-4330
Print change of address or new
telephone number below

| ACCOUNT NUMBER | X402232719 |
|---|---|
| PAYMENT DUE DATE | 08/22/18 |
| MINIMUM PAYMENT DUE | $205.00 |
| Please write in amount of payment enclosed | |

*SEE PAYOFF INFO BELOW*

Address

City

State ___ Zip

Home phone (___)

Work phone

Make check payable to:

Aqua Finance Inc FBO Connexus Credit Union
PO BOX 3256
MILWAUKEE WI 53201-3256

Aqua Finance Inc FBO Connexus Credit Union
PO Box 101928 Dept 612
Birmingham, AL 35210-6928
FORWARDING SERVICE REQUESTED

26745

Please check this box and make your
changes or comments in the space
provided

Please sign here and check box to get set up on
our automatic payment deduction program.

***AUTO**MIXED AADC 350
Ariel C Portley
3595 Santa Fe Ave Spc 149
Long Beach CA 90810-4307

112
72734-26A
TMB

X040223271PORTLEY000000000000100000020500000002l0004

0000l913