BLANK ROME LLP
Scott E. Wortman (Admitted *Pro Hac Vice*)
SWortman@BlankRome.com
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
Jessica A. McElroy (SBN 299919)
JMcElroy@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Attorneys for Defendant,
AQUA FINANCE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ariel Camille Portley | Case No. CV 18-3393-GW(RAOx) |
|---|---|
| Plaintiff, | **ORDER STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Aqua Finance, Inc. | Judge: Hon. George H. Wu |
| Defendant. | Complaint Filed: March 9, 2018<br>Trial Date: None Set |

The Court, having considered the Stipulation for Dismissal (the "Stipulation"), and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.
2. The above-entitled action is hereby dismissed with prejudice, with each party to bear their own attorneys' fees, costs, and expenses.
3. The Court will retain jurisdiction to enforce an agreement between the Parties.

**IT IS SO ORDERED.**

Dated: November 28, 2018

_____
Honorable George H. Wu
United States District Judge